UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HUMMINGBIRD USA INC.,

        Plaintiff,

v.

TEXAS GUARANTEED STUDENT LOAN CORPORATION,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

06 CV 7672 (LTS) (GWG)

ECF Case

Electronically Filed

**STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

     IT IS HEREBY STIPULATED AND AGREED that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE and without costs to any party pursuant to Federal Rule of Civil Procedure 41.

Dated: New York, New York
       November 4, 2008

                                   Respectfully submitted,

                                   */s/ Scott D. Musoff*
                                   Scott D. Musoff (scott.musoff@skadden.com)
                                   SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP
                                   Four Times Square
                                   New York, New York 10036
                                   Tel. No.: (212) 735-3000
                                   Fax. No.: (212) 735-2000

*Of Counsel*

Charles W. Schwartz
Noelle M. Reed (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1000 Louisiana, Suite 6800
Houston, Texas 77002
Tel. No.: (713) 655-5160              Attorneys for Hummingbird USA Inc.
Fax No.: (888) 329-2286              (now known as Open Text Inc.)

*[signature]*
Christopher H. Rentzel (admitted *pro hac vice*)
BRACEWELL & GIULIANI LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711
Tel. No.: (214) 758-1078
Fax No.: (214) 758-8378

*Of Counsel*

Marvin R. Lange
1177 Avenue of the Americas
New York, NY 10036
(212) 508-6100

**Attorneys for Texas Guaranteed Student Loan Corporation**